Dewey HORNSBY, Movant, v. COMMON-
WEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

May 22, 1951.

P. W. Mobley, Eugene Clark, Manchester, for movant.

A. E. Funk, Atty. Gen., Guy L. Dickinson, Asst. Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Clay Circuit Court. Judgment of conviction for illegal possession of whiskey for sale and imposing sentence of $100 fine and 30 days in jail.

Appeal denied. Judgment affirmed.